UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PEDRO VARGAS,

        Plaintiff,

       -against-

UNITED STATES OF AMERICA,

        Defendant.

------------------------------------- x

07 Civ. 10566 (LAP) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

The United States is to respond to Pedro Vargas' Motion for Return of Property, by January 7, 2008. (The related case is 04 Crim. 538-9.)

SO ORDERED.

Dated:     New York, New York
              December 19, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies to:    Pedro Vargas (Mail)
              Michael A. Levy, Esq. (Fax)
              Judge Loretta A. Preska

C:\OPIN\