

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*





The Silvio J. Mollo
One Saint Andrew's
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/08

January 8, 2008

**MEMO ENDORSED** /2

BY FACSIMILE

The Honorable Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: <u>United States v. Pedro Vargas</u>
    07 Civ. 10566 (LAP) (AJP)

Dear Judge Peck:

  The Government respectfully submits this response to Pedro Vargas' Motion for Return of Property and requests that it be accepted out of time.

  The Government has contacted the Drug Enforcement Administration, which reports that it has in its possession the following items seized from Mr. Vargas at the time of his arrest: (i) $464.25 in cash; (ii) two shoe laces; (iii) one belt; (iv) one wallet; (v) two photographs; (vi) one nail clipper; (vii) one block of tape with writing on the exterior; (viii) one New York driver's license; (ix) one permanent resident card; and (x) one set of keys.

  The Government has no objection to returning this property. Accordingly, by this letter, the Government is informing Mr. Vargas that in order to claim this property he should

The Honorable Andrew J. Peck  Page 2
January 8, 2008

have a representative contact Special Agent Fernando Cruz of the DEA at 212-337-1551 in order to arrange the transfer.

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          United States Attorney

           By: _____
                          Michael A. Levy
                          Assistant United States Attorney
                          (212) 637-2346

cc:    Pedro Vargas
       #56789-054
       Northeast Ohio Correctional Center
       2240 Hubbard Road
       Youngstown, OH 44505

**MEMO ENDORSED** 1/8/08

1. Based on the Gov't's consent herein, Mr. Vargas' motion for return of property is GRANTED. Mr. Vargas is to follow the procedure in the Gov't's letter for the physical property return.

2. The issues in this case having been resolved, the Clerk of Court is directed to close the case. The Court nevertheless will retain jurisdiction for 30 days in case any further issues as to the return of property [arise].

SO ORDERED

_____
Hon. Andrew Jay Peck
United States Magistrate Judge

copy: Mr. Vargas (mail)
      M. Levy (fax)
      Judge Preska

**BY FAX**

TOTAL P.03

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

Dated:  **January 8, 2008**                              Total Number of Pages: **3**

| TO | FAX NUMBER |
|---|---|
| Michael A. Levy, Esq. | 212-637-2527 |
|  |  |

## TRANSCRIPTION:

**MEMO ENDORSED 1/8/08**

1. Based on the Government's consent herein, Mr. Vargas' motion for return of property is GRANTED. Mr. Vargas is to follow the procedure in the Government's letter for the physical property return.

2. The issue in this case having been resolved, the Clerk of Court is directed to close the case. The Court nevertheless will retain jurisdiction for 30 days in case any problems arise as to the return of property.

Copy to:    Pedro Vargas (Mail)
            Judge Loretta A. Preska